STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. RAYMOND A. GINARDI, DEFENDANT-APPELLANT.

Argued January 26, 1971—Decided February 8, 1971.

*Mr. Edward F. Kent,* Designated Attorney, argued the cause for appellant (*Mr. Stanley C. Van Ness,* Public Defender, attorney).

*Mr. Wilbur H. Mathesius,* First Assistant Prosecutor, argued the cause for respondent (*Mr. Bruce M. Schragger,* Mercer County Prosecutor, attorney).

PER CURIAM. The judgment is affirmed for the reasons expressed in the majority opinion filed in the Appellate Division, 111 *N. J. Super.* 435.

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*For reversal*—None.